UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.:

Asia Maritime Pacific Chartering Ltd.,
AMP Handybulk Carriers Ltd.,

    Plaintiffs,

v.

A. Cayume Hakh & Sons,

    Defendant, and

Unico International Consulting, Inc.
Domingo Lopez, Jr.

    Garnishees.

**VERIFIED ORIGINAL COMPLAINT WITH REQUEST FOR
ISSUE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Plaintiffs Asia Maritime Pacific Chartering Ltd. ("AMPC") and AMP Handybulk Carriers Ltd. ("AMPH") bring this action against A. Cayume Hakh & Sons ("Hakh"), *quasi in rem*, pursuant to Supplemental Admiralty and Maritime Rule B for issue of writs of maritime attachment and garnishment, and state as follows:

**Jurisdiction and Venue**

1.    This is a case of admiralty and maritime jurisdiction pursuant to 28 U.S.C. § 1333 and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.    Venue is proper in this District because the Garnishees named herein are located and can be found in this District. Defendant cannot be found in this District within the meaning of Supplemental Rule B.

**The Parties**

3. AMPC and AMPH are Hong Kong corporations with their principal place of business at Hong Kong. At all times relevant to this action, AMPC was the operator of the bulk cargo ocean vessels M/V IONIAN SPIRE, M/V PANFORCE, and M/V CRYSTAL CONFIDENCE, and AMPH was the operator of the bulk cargo ocean vessel M/V ASIA PEARL (collectively the "Vessels").

4. Hakh is a Guyana corporation, which is a rice miller and exporter located in Guyana.

5. Garnishee Unico International Consulting, Inc. is an entity registered to do business, and with one or more agents or officers authorized to accept service of process, in this District. Garnishee Lopez is an individual resident in this District, and a principal of Unico. On information and belief, the Garnishees hold property in which Hakh has an interest. In particular, Hakh has sued Garnishees Unico and Lopez in the Circuit Court for Miami-Dade County, claiming breach of contract and damages of $640,935. AMPC and AMPH therefore reasonably believe that Garnishees owe this or a similar amount to defendant Hakh.

**Facts**

5. Hakh chartered the Vessels from Plaintiffs, to carry cargoes of rice to Veracruz, Mexico. The charter parties required Hakh to pay Plaintiffs for waiting time ("demurrage") beyond the time that the Vessels were to discharge.

6. Plaintiffs consequently invoiced Hakh as follows for the demurrage owed Plaintiffs:

| **Plaintiff** | **Invoice** | **Due Date** | **Vessel** | **Amount** |
|---|---|---|---|---|
| Asia Maritime Pacific Chartering LTD. | 1802F0667-2 | 10-Jun-18 | IONIAN SPIRE | $54,121.88 |
| Asia Maritime Pacific Chartering LTD. | *P*012661 | 17-Aug-18 | PANFORCE | $26,553.85 |
| Asia Maritime Pacific Chartering LTD. | P*FFI180106473-1 | 13-Apr-18 | CRYSTAL CONFIDENCE | $396.96 |

| AMP Handybulk Carriers Ltd. | P*012598 | 9-Aug-18 | ASIA PEARL | $19,358.30 |

**Total Overdue**: **$100,430.99**

7. Despite demand, Hakh has failed to pay Plaintiffs for the invoiced demurrage, and is breach of its contracts with Plaintiffs.

8. Hakh is therefore liable to Plaintiffs for damages of at least $100,430.99.

### Count I – Breach of Maritime Contract

9. Plaintiffs incorporate the above paragraphs as if fully set forth herein.

10. Hakh has breached its maritime contracts with Plaintiffs as set out more fully above.

11. Despite repeated demand, Plaintiffs remain unpaid for amounts due as a result of Hakh's breach of maritime contract.

12. Plaintiffs demand judgment against Hakh as set forth more fully below.

### Count II – Maritime Attachment and Garnishment (Rule B)

13. Plaintiffs incorporate the above paragraphs as if fully set forth herein.

14. Plaintiffs seek issue of process of maritime attachment so that it may obtain security for its claims against Hakh and ultimately payment of those claims from the security.

15. No security for Plaintiffs' claims has been posted by Hakh or anyone acting on Hakh's behalf.

16. Hakh cannot be found within this district within the meaning of Rule B, but is believed to have, or will have during the pendency of this action, property and/or assets in this jurisdiction, namely, accounts owing from Garnishees to Hakh.

WHEREFORE, Plaintiffs pray:

A. That process in due form of law issue against Hakh, citing Hakh to appear and answer under oath each and every one of the matters alleged in the Verified Complaint;

B. That since Hakh cannot be found within this District pursuant to Rule B, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B attaching all of Hakh's tangible or intangible property or any other funds held by any Garnishee, which are due and owing to Hakh, up to the amount of at least **$120,430.99** (principal damages of at least $100,430.99, $20,000 for interest, costs and attorneys' fees) to secure Plaintiffs' claims, and that all persons claiming any interest in the same be cited to appear and, pursuant to Rule B, answer the matters alleged in the Verified Complaint;

C. That this Court enter judgment against Hakh in favor of Plaintiffs, respectively, in the principal amounts set out above, interest on each amount, costs and attorneys fees;

D. That as provided in Supplemental Rule B, that such person over 18 years of age be appointed as moved for herein pursuant to Supplemental Rule B and Fed. R. Civ. P. 4(c) to serve process of Maritime Attachment and Garnishment in this action;

C. That Plaintiffs may be granted such other, further, and different relief as may be just and proper.

Dated: November 27, 2019.

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida 33143
Phone: (305) 663-0177
Facsimile: (305) 663-0146

**BY:       //S//Jonathan S. Cooper, Esq.**
Jonathan S. Cooper, Esq.
Florida Bar Number: 99376
Email: jcooper@shiplawusa.com

**BY:    //S//    Robert W. Blanck, Esq.**
Robert W. Blanck, Esq.
Florida Bar Number: 311367
Email: rblanck@shiplawusa.com

/s/ J. Stephen Simms
J. Stephen Simms
(*pro hac vice* motion to be filed)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com

Attorneys for Plaintiffs

## VERIFICATION

I am a Principal of the law firm Simms Showers LLP, counsel to Plaintiffs.

The facts alleged in the foregoing complaint are true and correct to the best of my knowledge and information based upon the records of Plaintiffs made available to me by Plaintiffs.  Authorized officers of Plaintiffs are not readily available in this District to make verifications on Plaintiffs' behalf.  I am authorized to make this verification on Plaintiffs' behalf.

I further certify that, pursuant to Supplemental Rule B, I caused a search to be made of electronic records and Directory Assistance for addresses and telephone numbers in this District and also for any corporate registration of defendant in the State of Florida.  There is no record of any general or resident agent authorized to accept service of process for Defendant in this District.

Pursuant to 28 U.S.C. § 1746(1), I solemnly declare under penalty of perjury that the foregoing is true and correct.

Executed on November 27, 2019.

 /s/   J. Stephen Simms
J. Stephen Simms