**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-24919-BLOOM/Louis**

ASIA MARITIME PACIFIC CHARTERING LTD.
and AMP HANDYBULK CARRIERS LTD.,

      Plaintiffs,

v.

A. CAYUME HAKH & SONS,

      Defendant.

_____/

**ORDER DIRECTING ISSUE OF PROCESS OF ATTACHMENT AND GARNISHMENT**

      **THIS CAUSE** is before the Court upon Plaintiffs' Motion for Order for Issuance of Process of Maritime Attachment and Garnishment, ECF No. [5] ("Motion"). The Court has carefully reviewed the Motion, the record in this case and the applicable law, and is otherwise fully advised. Accordingly, the Motion, **ECF No. [5]**, is **GRANTED**.

      Pursuant to Supplemental Rule (B)(l) and Local Admiralty Rule B(3)(a), the Clerk of Court is directed to issue the Summonses and Processes of Attachment and Garnishment and Writs of Attachment and Garnishment in the above-styled action.

      **DONE AND ORDERED** in Chambers at Miami, Florida, on November 27, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record