UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.: 1:19-cv-24919-BB

Asia Maritime Pacific Chartering Ltd.,
AMP Handybulk Carriers Ltd.,

    Plaintiffs,

v.

A. Cayume Hakh & Sons,

    Defendant, and

Unico International Consulting, Inc.
Domingo Lopez, Jr.

    Garnishees.

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

**TO GARNISHEE:**  Domingo Lopez, Jr.

THE PRESIDENT OF THE UNITED STATES OF AMERICA

THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA

GREETING:

WHEREAS, on November 25, 2019, Plaintiffs filed a Verified Complaint against Defendant A. Cayume Hakh & Sons for reasons in said amended verified complaint mentioned for the sum of at least **$120,430.99** (herein, the "Garnishment Amount") as demanded for the breach of maritime contracts, and praying for process of maritime attachment and garnishment against the property of said Defendant; and

    WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve its answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

    NOW, THEREFORE, you are hereby commanded that if the said Defendant cannot be found within the District, you attach goods, chattels, credits and effects located and to be found in this District belonging to Defendant, or in the hands of the Garnishee named, up to the

Garnishment Amount and as further demanded in the Verified Complaint and how you shall have executed this process, make known to this Court with your certificate of execution thereof written.

                                                WITNESS THE HONORABLE
                                                Judge of said Court, in said District,
                                                this _____ **Dec 2, 2019**
                                                ANGELA E. NOBLE,
                                                CLERK OF THE COURT

                                                **Angela E. Noble**
                                                **UNITED STATES DISTRICT COURT**
                                                **SOUTHERN DISTRICT OF FLORIDA**
                                                By:_____*C.Davis*_____
                                                           **Deputy Clerk**

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.